

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-113-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 9/21/2022 1:11:26 PM
Transaction ID: 69831

[ Request New Judge ]   [ Return ]