**FILED**
JAMES J. VILT, JR. - CLERK

SEP 21 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:22-CR-113-DJH

JALEN WILSON, ET AL.            DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this September 21, 2022, charging the above-named defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and Title 18, United States Code, Sections 2, 922(g)(1), 924(a)(8), and (e)(1) be kept secret until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendants.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney