UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA             PLAINTIFF

v.             CRIMINAL ACTION NO. 3:22-CR-113-DJH

JALEN WILSON, ET AL.             DEFENDANTS

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and Title 18, United States Code, Sections 2, 922(g)(1), 924(a)(8), and (e)(1), is hereby ORDERED to be kept secret until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendants.

This 21st day of September 2022.

_____
United States Magistrate Judge

ENTERED
JAMES J. VILT, JR. - CLERK
SEP 21 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY