# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**VS.**                                  **CRIMINAL ACTION NUMBER: 3:22-CR-113-DJH**

**JALEN WILSON**                                                              **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on September 28, 2022 to conduct a detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Alicia P. Gomez, Assistant United States Attorney |
| For the defendant: | Defendant Jalen Wilson - Present and in custody<br>Scott C. Cox, retained – Present |
| Court Reporter: | Digitally recorded |

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant is detained and shall remain in the custody of the United States Marshal pending the further order of the Court.

This 28th day of September, 2022      **ENTERED BY ORDER OF THE COURT:**
                                                                 **REGINA S. EDWARDS**
                                                                 **UNITED STATES MAGISTRATE JUDGE**
                                                                 **JAMES J. VILT, JR., CLERK**
                                                                 **BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|40