UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-113-DJH

UNITED STATES OF AMERICA      PLAINTIFF

V.

JALEN WILSON      DEFENDANT

### COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR JALEN WILSON

Undersigned counsel respectfully requests this Court, pursuant to LCrR 57.6(b), to permit him to withdraw as counsel for Jalen Wilson. Mr. Wilson has been unable to secure funds to retain private counsel and the Court is requested to appoint counsel for him. Mr. Wilson is detained at the Oldham County Detention Center.

Undersigned counsel spoke with Mr. Wilson on October 21, 2022, *via* video conference to discuss this matter and advised him that this motion would be filed and he had no objections to the motion. A written copy of this motion will be mailed to Mr. Wilson today.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

RESPECTFULLY SUBMITTED,

/s/ Scott C. Cox
SCOTT C. COX
COX & MAZZOLI, PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the clerk of the court this 24th day of October, 2022 and a copy mailed *via* U. S. Mail to the following individuals:

Hon. Alicia Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202

Jalen Wilson
Oldham County Detention Center
4506 W. Highway 146
LaGrange, Kentucky 40031

*/s/ Scott C. Cox*
Scott C. Cox