UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-113-DJH

UNITED STATES OF AMERICA     PLAINTIFF

V.

JALEN WILSON     DEFENDANT

### ORDER

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Scott C. Cox's motion to withdraw as counsel of record on behalf of Mr. Wilson is GRANTED.