**FILED**
JAMES J. VILT, JR. - CLERK

**NOV 2 1 2022**

**U.S. DISTRICT COURT**
**WEST'N. DIST. KENTUCKY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-CR-113-DJH |
| | ) | |
| JALEN WILSON, *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

## DEFENDANT JALEN WILSON, LAMARCUS MCALMONT, AND BRANDON CHRISTIAN'S JOINT MOTION TO CONTINUE TRIAL

---

Pursuant to Local Criminal Rule 12.1, Defendants Jalen Wilson, Lamarcus McAlmont, and Brandon Christian, hereby jointly move to continue the trial in this matter, now set for December 5, 2022. The grounds for this motion are as follows:

1.    The United States indicted this case on September 21, 2022 and the Court set the matter for trial by jury on December 5, 2022. Mr. Wilson, Mr. McAlmont, and Mr. Christian have been arraigned.

2.    The government has turned over most of its Rule 16 discovery in this matter. It is unclear whether the labs are still pending. Based on defense counsel's calculations, the discovery is comprised of 267 files, and the total production size is 729 megabytes (MB). Counsel for Mr. Wilson was appointed as CJA counsel just a few days ago on November 16, 2022, and recently received discovery. As such, defense counsel needs additional time to meaningfully review all of

the discovery. Furthermore, additional time is necessary to complete any defense pretrial investigation and preparation necessary to afford the Defendants' effective assistance of counsel.

3.      Along those same lines, Mr. Wilson, Mr. McAlmont, and Mr. Christian also recently received the large amount of discovery, and additional time is necessary for the Defendants to review the same material.  A brief continuance will give both Defendants and their counsel ample time to participate in meaningful pretrial discovery and file any appropriate motions.

4.      Mr. Wilson, Mr. McAlmont, and Mr. Christian understand that they each have a right to a speedy trial, and they agree that the continuance requested here is in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A). Defendants agree that the time between the filing off this motion and the new trial date should be excluded from the calculations under the Speedy Trial Act.

5.      The Court should therefore vacate the trial date and pretrial deadlines, and continue the trial to February 13, 2023.

6.      Defense counsel has spoken with counsel for the government, and Assistant United States Attorney Alicia Gomez has no objection to this motion.

For these reasons, as good cause has been shown, Mr. Wilson, Mr. McAlmont, and Mr. Christian jointly request that trial be continued.

Respectfully submitted,

/s/ Kayla M. Campbell
Kayla M. Campbell
Dressman Benzinger LaVelle psc
321 W. Main Street, Suite 2100
Louisville, KY 40202
502-572-2500
kcampbell@dbllaw.com
*Counsel for Jalen Wilson*

2

*/s/ Don Meier (with permission)*
Don Meier
Assistant Federal Defender
Western Kentucky Federal Community
Defender, Inc.
629 South Fourth Avenue
Suite 200
Louisville, KY 40202
(502) 584-0525
Don_Meier@fd.org
*Counsel for Lamarcus McAlmont*

*and*

*/s/Patrick Renn (with permission)*
Patrick Renn
600 W Main Steet, Suite 100
Louisville, KY 40202
(502) 540-1231
prenn@600westmain.com
*Counsel for Brandon Christian*

## Certificate of Service

I hereby certify that a copy of the foregoing has been paper filed with the United States District Court Clerk's Office and has been served upon all parties by electronic mail this 21st day of November, 2022.

*/s/ Kayla M. Campbell*
Kayla M. Campbell