UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Criminal No. 3:22-CR-113-DJH |
| ) | |
| JALEN WILSON, *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## ORDER

This matter is before the Court on the joint motion of Defendants' Jalen Wilson, Lamarcus McAlmont, and Brandon Christian to continue the trial in this matter. Having considered the Motion, there being no objection, and being otherwise well advised, IT IS ORDERED that the Motion is GRANTED. The JURY TRIAL set for December 5, 2022 is HEREBY CANCELLED. It is further ORDERED that the trial is reset for February 13, 2023.

The Court finds that the delay from the granting of this joint motion is excluded from the Speedy Trial Act calculations because the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.