FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Nov 28, 2022 _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:22-CR-113-DJH

JALEN WILSON, ET AL.            DEFENDANTS

## MOTION TO UNSEAL INDICTMENT ONLY AS TO THE DEFENDANTS APPEARING BEFORE THE COURT

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court to unseal the indictment as to the defendants currently appearing before the Court. Because one defendant remains outstanding, the United States is not seeking to fully unseal the indictment. As grounds for the motion, the United States states that the arrest warrants for Jalen Wilson, Lamarcus McAlmont, and Brandon Christian have been executed, and a partial unsealing of the indictment will facilitate motion practice by the parties. Hence, the United States requests that the Court unseal the indictment only as to the defendants currently appearing before the Court.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Alicia P. Gomez
Assistant U.S. Attorney