UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                         CRIMINAL ACTION NO. 3:22-CR-113-DJH

JALEN WILSON, ET AL.                                                                             DEFENDANTS

## **ORDER**

Upon motion of the United States, and the Court being sufficiently advised,

It is hereby ORDERED that the indictment as to Jalen Wilson, Lamarcus McAlmont, and Brandon Christian ONLY is now UNSEALED.