UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 3:22-CR-113-DJH |
| v. ) | |
| ) | |
| JALEN WILSON, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

Please take Notice that Kayla M. Campbell has changed law firms. Please serve all future filings, correspondence, and documents electronically at the e-mail address and/or physical address set forth below:

Kayla M. Campbell                    Kayla@WickerBrammell.com

WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, Kentucky 40202
(502) 780-6185

Respectfully submitted,

/s/ *Kayla M. Campbell*
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, Kentucky 40202
Phone: (502) 780-6185
*Counsel for Defendant Jalen Wilson*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was served on all counsel of record by electronic filing this 8th day of February, 2023.

/s/ *Kayla M. Campbell*
Kayla M. Campbell