UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                            Plaintiff,

v.                                                    Criminal Action No. 3:22-cr-113-DJH

JALEN WILSON,
LAMARCUS MCALMONT,
BRANDON CHRISTIAN,                                                  Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 21, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Alicia P. Gomez |
| For Defendants: | Kayla M. Campbell |
| | Patrick J. Renn |
| | Patrick Bolden (standing in for Don Meier) |

The Court and counsel discussed the procedural posture of the case.  Counsel reported that discovery from the United States is complete.  Based on the discussion during the conference, and by agreement of the parties, it is hereby

ORDERED as follows:

(1)     The unopposed motion to continue (Docket No. 43) is **GRANTED**.  The trial of this matter, currently set for April 24, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order.  All pretrial dates and deadlines are **VACATED**.

(2)     This matter is **SET** for a status hearing on **April 27, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

1

2

(3)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from April 24, 2023, to April 27, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 24, 2023

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator

2