# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                                 **CRIMINAL NO. 3:22-cr-00113-DJH**

**JALEN WILSON**                                                         **DEFENDANT**

---

## DEFENDANT JALEN WILSON'S MOTION
## TO SEAL SENTENCING MEMORANDUM

---

Defendant Jalen Wilson, through counsel, hereby moves this Honorable Court for leave to seal his sentencing memorandum. As grounds for this motion, Mr. Wilson states that his sentencing memorandum contains sensitive and private information, thus the Court should find that it is inappropriate for public access. Mr. Wilson respectfully submits that his privacy interests in regards to the matters within the memorandum override the public's limited interest in access to information about his life.

WHEREFORE, Mr. Wilson requests that this Court grant his motion for leave to file his sentencing memorandum under seal.

Respectfully submitted,

*/s/ Kayla M. Campbell*
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202
(502) 780-6185
kayla@wickerbrammell.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Kentucky and served upon counsel of record by using the CM/ECF System on this 14th day of August, 2023.

                                      */s/ Kayla M. Campbell*
                                      Kayla M. Campbell