**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**


**v.**                                        **CRIMINAL NO. 3:22-cr-00113-DJH**


**JALEN WILSON**                                                   **DEFENDANT**

---

## ORDER

---

Defendant Jalen Wilson has tendered a Motion to Seal his sentencing memorandum. The Court being fully apprised, the Motion is hereby **GRANTED** and Mr. Wilson's sentencing memorandum shall be placed in the record under **SEAL**.