UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-113-DJH

JALEN WILSON (1),     Defendant.

\* \* \* \* \*

## ORDER

Defendant Jalen Wilson (1) moves to seal his sentencing memorandum on the ground that it "contains sensitive and private information." (Docket No. 71, PageID.253) The Court finds that the sensitive, personal information addressed in the memorandum justifies sealing, and therefore good cause exists to grant Wilson's motion. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Wilson's motion to seal (D.N. 71) is **GRANTED**. The Clerk of Court is **DIRECTED** to file the sentencing memorandum (D.N. 72) under seal in the record of this matter.

August 16, 2023

David J. Hale, Judge
United States District Court

1